506

378 A.2d 1229

Albert BLACK, Appellant,

v.

Joe COSETTI, Individually and as a Candidate for the Republican Nomination for Mayor of the City of Pittsburgh, Richard Thornburgh, Joe D'Anna, Judy Brand and Bob Bowdler, Individually and as the Campaign Committee for said Joe Cosetti, and Ted Jacob, Individually and as the Chairman of the Allegheny County Republican Party, Appellees (two cases).

Supreme Court of Pennsylvania.

Argued Sept. 29, 1977.

Decided Oct. 12, 1977.

Allen N. Brunwasser, Pittsburgh, for appellant.

James A. Villanova, Pittsburgh, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, MANDERINO and PACKEL, JJ.

OPINION

PER CURIAM:

Decrees affirmed. Each party to pay own costs.

POMEROY, J., did not participate in the consideration or decision of this case.